UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>S. GEE, et al.,<br><br>Defendants. | No. 2:20-cv-0714-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In addition to filing a complaint, he has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Once plaintiff files a proper application for leave to proceed in forma pauperis, the Clerk of the Court will order CDCR to submit the required trust account statement directly to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF Nos. 4 & 5) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

3.  Plaintiff shall submit, within thirty days from the date of service of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order may result in dismissal of this action.

DATED: May 18, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE