UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No. 2:20-cv-00714-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF UNTIL MAY 31, 2021 TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| S. GEE, *et al*. | |
| Defendants. | |

      On January 12, 2021, I screened plaintiff's first amended complaint and notified plaintiff that it had failed to state a claim. ECF No. 17. Plaintiff was granted sixty days to file an amended complaint. Rather than filing a second amended complaint, plaintiff filed objections to the January 12, 2021 order. On April 5, 2021, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute and for failure to state a claim. ECF No. 20.

      In his response to the order to show cause, plaintiff argues that this action should not be dismissed because he specifically recalls mailing his second amended complaint around January 17, 2021. ECF No. 21. Plaintiff's representation is dubious in light of the averments contained in his objections to the January 12, 2021 order. In those objections, which are dated January 25, 2021, plaintiff expressed his belief that the court was attempting to "bully him out of his cognizable claims" and indicated that he would seek appellate review of any order finding that he

1

failed to state a cognizable claim. ECF No. 18 at 2. Regardless, given that plaintiff is proceeding without counsel, I will afford him one final opportunity to file a second amended complaint.

Accordingly, it is hereby ORDERED that:

1. Plaintiff is granted until May 31, 2021 to file a second amended complaint.

2. Plaintiff is warned that failure to file an amended compliant by that date will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: May 3, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE