UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GEE, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00714-JDP (PC)<br><br>ORDER DISCHARGING THE APRIL 5, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 20 |

Since plaintiff has filed a second amended complaint, ECF No. 23, the court discharges its April 5, 2021 order to show cause, ECF No. 20. The court will screen plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated: May 31, 2021
 JEREMY D. PETERSON
 UNITED STATES MAGISTRATE JUDGE